LAW OFFICE OF GENE J. GOLDSMAN
William Vlosky, Esq.
Gene J. Goldsman, ESQ
501 W. Civic Center Drive
Santa Ana, CA 92701
(714) 541-3333
gene@gjglaw.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SEMAZA<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SANTA ANA; OFFICER N. MENDEZ; RODOLFO AGUAYO MIRAMONTES ; and DOES 1 TO 20<br><br>Defendants. | No. 8:19-cv-00586-JVS-AS<br><br>ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATION |

Pursuant to the Stipulation for Dismissal of Action with Prejudice filed by Plaintiff Michael Semaza and Defendants City of Santa Ana, Officer N. Mendez, and Rodolfo Aguayo Miramontes, this case is hereby dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure, Rule 41.  The parties shall bear their own fees, costs and expenses.

DATED: __April 30____, 2020     BY:_____[signature]_____
                                   James V. Selna
                                   United States District Judge

1